IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| THE SAILING EMPORIUM, INC. | * | Case No: 16-24498-TJC |
| | | (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

LINE SUBMITTING REVISED DISCUSSION DRAFT OF
ESTIMATED ADMINISTRATIVE EXPENSE ANALYSIS

The Sailing Emporium, Inc., the debtor and debtor in possession, by counsel, hereby submits a revised discussion draft of the Estimated Administrative Expense Analysis pursuant to the Court's instruction.

      /s/ James A. Vidmar
James A. Vidmar, 00271
Lisa Yonka Stevens, 27728
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044
(443) 569-5977
jvidmar@yvslaw.com

Counsel for Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of July 2018, notice of filing the Line Submitting Revised Discussion Draft of Estimated Administrative Expense Analysis was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices.

      /s/ James A. Vidmar
James A. Vidmar

The following parties received CM/ECF notice of the filing:

John Douglas Burns, Esquire
(info@burnsbankruptcyfirm.com)
Counsel for William and Mary Sue Willis
The Burns LawFirm, LLC
6303 Ivy Lane, Suite 102
Greenbelt, Maryland  20770

John T. Farnum, Esquire
(jfarnum@linowes-law.com)
Counsel for The Brawner Company, Inc.
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland  20814

Christopher Hamlin, Esquire
(chamlin@mhlawyers.com)
Counsel for Branch Banking and Trust
McNamee, Hosea, Jernigan, Kim,
Greenan & Lynch, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

Patricia B. Jefferson, Esquire
(pjefferson@milesstockbridge.com)
Counsel for The Peoples Bank
Miles & Stockbridge P.C.
100 Light Street, 10th Floor
Baltimore, Maryland  21202

Joyce A. Kuhns, Esquire
(jkuhns@offitkurman.com)
Counsel for Martin J. Satinsky, CPA
Offit Kurman, P.A.
300 East Lombard Street, Suite 2010
Baltimore, Maryland  21202

Adam M. Lynn, Esquire
(alynn@mdswlaw.com)
Counsel for The Peoples Bank
McCallister DeTar Showalter & Walker
100 North West Street
Easton, Maryland  21601

Joseph Michael Selba, Esquire
(jselba@tydingslaw.com)
Counsel for Larry and Mary Jo Schwartz
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Kristen M. Siracusa, Esquire
(ksiracusa@milesstockbridge.com)
Counsel for The Peoples Bank
Miles & Stockbridge P.C.
100 Light Street, 10th Floor
Baltimore, Maryland  21202

Adam M. Spence, Esquire
(adam@spencefirm.com)
Counsel for m2 Lease Funds, LLC
Law Offices of Spence Brierley, PC
P. O. Box 160
Phoenix, Maryland  21131-0160

Lisa Yonka Stevens, Esquire
(lstevens@yvslaw.com)
Counsel for The Sailing Emporium, Inc.
Yumkas, Vidmar, Sweeney & Mulrenin
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044

US Trustee – Baltimore
(ustpregion04.ba.ecf@usdoj.gov)
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Gerard R. Vetter, Esquire
(gerard.r.vetter@usdoj.gov)
Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

James A. Vidmar, Esquire
(jvidmar@yvslaw.com)
Counsel for The Sailing Emporium, Inc.
Yumkas, Vidmar, Sweeney & Mulrenin
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044

Irving Edward Walker, Esquire
(iwalker@coleschotz.com)
Counsel for Derecktor Chesapeake LLC
Cole Schotz P.C.
300 East Lombard Street, Suite 1450
Baltimore, Maryland  21202

DRAFT

In re Sailing Emporium, Inc., Case No. 16-24498-TJC
Estimated Administrative Expense Analysis
(as of 7/20/2018)

| | | |
|---|---|---|
| Net proceeds from sale held in escrow YVSM | $635,489.90 | |
| Sailing Emporium funds per April monthly operating report | $19,171.54 | Funds frozen by Peoples Bank ($4,160.04) and funds held in escrow by Peoples Bank ($15,011.50) |
| **Total funds available from Sailing Emporium** | **$654,661.44** | |
| | | |
| **Administrative Expenses** | | |
| U.S. Trustee Quarterly Fees | $975.00 | Sailing Emporium--first, second and third quarters 2018 |
| Derecktor Chesapeake, LLC, Stalking Horse Purchaser | $34,924.48 | Memorandum and Order Approving Stalking Horse Purchaser's Motion for Reimbursement of Expenses [Dkt. #352] |
| Martin J. Satinsky, CPA | $22,807.50 | Order Approving First and Final Application for Compensation for Services Rendered by Martin J. Satinsky, CPA as accountant to the Debtor [Dkt. #361]: Total: $26,307.50, paid $3,500.00 from escrow, outstanding $22,807.50 |
| Thomas W. Simmons & Liff & Walsh, Testifying Expert | $725.00 | Order Granting First and Final Application for Compensation for Services Rendered by Thomas W. Simmons, Liff & Walsh, LLC and Eagle Title, LLC as Testifying Expenert to the Debtor [Dkt. #382]: Total: $4,225.00, paid $3,500.00 from escrow, outstanding $725.00 |
| Peoples Bank--pending legal fees/expenses | $267,903.34 | Motion by Peoples Bank for Allowance of Post-Petition Reasonable Fees, Costs, and Expenses pursuant to 11 U.S.C. § 506(b); Supplement [Dkt. #314]; Sailing Emporium Opposition [Dkt. #324] |
| Brawner Company, Inc.--pending clarification | $178,518.32 | Motion for Clarification of Order Under Bankruptcy Rule 9024 and Immediate Turnover of Funds Awarded to Brawner Company, Inc. on March 23, 2018 [Dkt. #367]; Opposition by Sailing Emporium [Dkt. #368] |
| YVSM legal fees/expenses--application pending | $368,442.00 | Second Interim Application for Compensation for Services Rendered and Reimbursement of Expenses Incurred by YVSM as Counseil to the Debtor [Dkt. #372]; Objection filed by People's Bank [Dkt. #390] |
| Larry and Mary Jo Schwartz--pending application | $150,000.00 | Request for Allowance of Administrative Claim [Dkt. #378]; Opposition [Dkt. #393] |
| LYVS legal fees/expenses incurred | $47,424.34 | Legal fees/expenses incurred for Sailing Emporium |
| Burns Law Office--legal fees/expenses incurred | $270,871.00 | Legal fees/expenses incurred for William & Mary Sue Willis; Burns Law Firm is holding $64,540.74 in escrow |
| **Total Administrative Expenses** | **$1,342,590.98** | |
| Shortfall | -$687,929.54 | |

*This analysis is for discussion purposes only and is not binding on any party

**This analysis does not address the application of the Joint Motion to Surcharge Sale Proceeds Pursuant to 11 U.S.C. §506(c) [Dkt. #240] and Opposition [Dkt. #254]